# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>FLYWHEEL DENVER UNION STATION, LLC,<br><br>Debtor. | Chapter 7<br><br>Case No. 20-12159-jlg<br><br>**NOTICE OF WITHDRAWAL OF CLAIM** |

      PLEASE TAKE NOTICE, that Benvolio Ventures LLC - Series Flywheel withdraws Claim #2 filed by it herein against the above-named Debtor, pursuant to Rule 3006.

Dated: New York, New York
       February 2, 2021

AMINI LLC

/s/ Jeffrey Chubak
Bijan Amini
Jeffrey Chubak
AMINI LLC
131 West 35th Street, 12th Floor
New York, NY 10001
(212) 490-4700
bamini@aminillc.com
jchubak@aminillc.com
*Attorneys for Creditor Benvolio Ventures LLC - Series Flywheel*